DAVID M. MICHAEL, CSBN 74031
EDWARD M. BURCH, CSBN 255470
LAW OFFICES OF MICHAEL & BURCH LLP
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:     (415) 946-8996
Facsimile:     (877) 538-6220
E-mail:     david@michaelburchlaw.com

Attorneys for Claimant ROBERT SHUMAKE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>$252,140.00 IN U.S. CURRENCY,<br><br>  Defendant.<br>_____/<br><br>ROBERT SHUMAKE,<br><br>  Claimant.<br>_____/ | CIVIL NO. 3;18 CV 646<br><br>VERIFIED CLAIM<br>OF ROBERT SHUMAKE<br>OPPOSING FORFEITURE |

  The undersigned hereby claims an ownership and possessory interest in, and the right to exercise dominion and control over, all of the defendant property.

Dated: 31 December 2018

                   _____
                   ROBERT SHUMAKE
                   Claimant

## VERIFICATION

The undersigned declares under penalty of perjury that he is the Claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: 31 December 2018

                                                              _____
                                                              ROBERT SHUMAKE
                                                              Claimant

## CERTIFICATION OF COUNSEL

The undersigned hereby certifies that he has the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action.

Dated: 31 December 2018

                                                              *S/David M. Michael*
                                                              DAVID M. MICHAEL

                                                              Attorney for Claimant ROBERT SHUMAKE

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that, on  9   January 2018, he caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                              *S/David M. Michael*
                                                              DAVID M. MICHAEL

                                                              Attorney for Claimant ROBERT SHUMAKE