# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:18cv646-DSC |
| ) | |
| APPROXIMATELY $252,140.00 IN US ) | |
| CURRENCY SEIZED FROM DARREN ) | |
| LENNARD COLEMAN ON JUNE 27, 2016 ) | |
| AT CHARLOTTE-DOUGLAS ) | |
| INTERNATIONAL AIRPORT, ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| CLAIMS OF ROBERT SHUMAKE, ) | |
| INTERNATIONAL HUMAN RIGHTS ) | |
| COMMISSION, AND DARREN COLEMAN ) | |

## ORDER TO MODIFY
## PRETRIAL ORDER AND CASE MANAGEMENT PLAN

**THIS MATTER** is before the Court on the parties' Joint Motion to Modify Pretrial Order and Case Management Plan. For good cause shown, the Court will grant the Joint Motion and set the following modified deadlines in this case:

- **April 30, 2020:** Completion of all non-expert discovery;

- **May 29, 2020:** Expert disclosure deadline, including exchange of reports;

- **July 31, 2020:** Deadline to complete depositions of experts;

- **August 31, 2020:** Dispositive motions deadline;

- **Two weeks prior to trial:** Pretrial submissions due; and

- First trial setting after February 1, 2021.

1

All other provisions of the Pretrial Order and Case Management Plan remain in effect.

**SO ORDERED**.

Signed: January 9, 2020

David S. Cayer
United States Magistrate Judge