UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$252,140.00 IN U.S. CURRENCY,

    Defendant.
_____/

INTERNATIONAL HUMAN RIGHTS COMMISSION, ROBERT SHUMAKE, and DARREN LENNARD COLEMAN,

    Claimants.
_____/

CIVIL NO. 3:18 CV 646

NOTICE OF SUPPLEMENTAL AUTHORITY RELATED TO CLAIMANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE COMPLAINT AND/OR DISMISS ACTION, AND RETURN PROPERTY; AND TO STAY PROCEEDINGS PENDING RULING.

[Local Rule 7.1(j)]

Pursuant to Local Rule 7.1(j), Claimants submit this Notice of Supplemental Authority. The reasons for this Supplemental Authority is because the government, in its Response Brief (Doc. 25, filed 9/18/2020), has made disparaging ad hominum statements about counsel for Claimants, alleging that counsel for Claimants practiced a "plead first analyze later' tactic as part of his motions practice in *United States v. $114,700.00 in United States Currency*. No. 17-CV-00452-CMA-GPG, 2020 WL 5076762 at *3 (D. Colo. Aug 26, 2020). [1]

Counsel for Claimants have generally disputed those false remarks in their Reply Brief as follows:

---

[1] Although, it was the undersigned counsel's partner, Edward Burch, who tried the *$114,700.00 in United States Currency* case in Denver, Colorado, any disparaging remarks about any attorney in the office of Michael & Burch will be disparaging against the firm itself. Furthermore, the government's comments were directed against the undersigned counsel, himself.

1

[T]he undersigned firm, because of the government's intransigence in refusing to settle, substantially prevailed by jury verdict, which led to the government facing an attorney fee bill of approximately $480,000. See, *United States v. $114,700.00 in United States Currency*. No. 17-CV-00452-CMA-GPG, Doc. 133, filed 12/06/2019.,("As the Claimant has substantially prevailed in this matter, the provisions of 28 U.S.C. § 2465(b) shall apply regarding fees, costs and post-judgment interest under applicable statutes, federal and local rules."). See, also, *United States v. $114,700.00 in United States Currency*, Doc, 134, filed 12/20/2019, (Motion for attorney fees the approximate amount of $480,000).

Doc. 27, filed 9/25/2020, at p. 4

Yet, further investigation into a supplemental authority as to what the District Court in *$114,700.00 in United States Currency* actually said about counsel, reveals the following statements made by the Court, itself, as set forth in counsel's brief in that case:

Case 1:17-cv-00452-CMA-GPG Document 160 Filed 03/30/20 (emphasis added)

p. 2:
Instead, as this Court indicated, it was a **"very efficient trial … it was very well tried[,] I appreciate the professionalism that [the attorneys] showed one another**." Exh. 6 at 476:21-24 (emphasis added).

p. 14:
Undersigned stands by the positions he took and the quality of his briefing (**this Court specifically indicated that undersigned's brief writing was "very good"**, see Exh 11 at 2:19-20),

It was improper for the government to disparage the undesigned counsel, by presenting its twisted view of the litigation in *$114,700.00 in United States Currency*, tried before a jury in federal court in Denver, Colorado, especially in a case where counsel's firm won a strongly contested jury trial in a district court far from his own office in San Francisco, CA. Perhaps the government might better serve this Court by citing to some forfeiture case in which the government, even in this district has, itself, won a jury trial with its own stellar litigation skills.

Dated: September 26, 2020

2

Respectfully submitted,

*S/David M. Michael*
DAVID M. MICHAEL, CSBN 74031
LAW OFFICES OF MICHAEL & BURCH LLP
One Sansome Street, Suite 3500
San Francisco, CA 94104
david@michaelburchlaw.com

Attorney for Claimants INTERNATIONAL HUMAN RIGHTS COMMISSION, ROBERT SHUMAKE and DARREN COLMAN

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that, on September 26, 2020, he caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*S/David M. Michael*
DAVID M. MICHAEL

3