IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:18cv646-DSC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | **ORDER** |
| APPROXIMATELY $252,140.00 IN US CURRENCY SEIZED FROM DARREN LENNARD COLEMAN ON JUNE 27, 2016 AT CHARLOTTE-DOUGLAS INTERNATIONAL AIRPORT | ) | |

**THIS MATTER** comes before the Court on the Government's Motion for Entry of Default Judgment (Doc. No. 55). Having considered the Motion and the pleadings, the Court **GRANTS** the Motion and **ORDERS** as follows:

**IT IS HEREBY ORDERED THAT** Judgment by Default is entered against all persons in the world not having filed a claim in this action as the to the following property:

- **$126,070 in United States Currency seized from Darren Leonard Coleman on June 27, 2016 at Charlotte-Douglas International Airport**.

**IT IS FURTHER ORDERED THAT** all right, title and interest in the following property, whether real, personal, mixed, has therefore been forfeited to the United States for disposition according to law:

- **$126,070 in United States Currency seized from Darren Leonard Coleman on June 27, 2016 at Charlotte-Douglas International Airport**.

**SO ORDERED.**

Signed: April 15, 2021

David S. Cayer
United States Magistrate Judge